IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATRICIA ANTOINETTE ANDERSON, )<br>)<br>Defendant. )<br>)<br>) | 8:06CR113<br><br>ORDER<br>CONTINUING TRIAL |

      This matter is before the court on the defendant's Motion to Continue Trial [13].  For good cause shown, and upon the representation that there is no objection,

      **IT IS ORDERED** that the motion to continue trial [13] is granted, as follows:

      1.  Trial of this matter is continued from **July 11, 2006 to September 19, 2006** before Judge Laurie Smith Camp and a jury.

      2.  The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **July 11, 2006 and September 19, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because failure to grant a continuance would deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) & (B).

      3.  Counsel for the United States shall confer with defense counsel and, no later than **September 12, 2006**, advise the court of the anticipated length of trial.

      4.  Defendant shall file a waiver of speedy trial in accordance with NECrimR 12.1 as soon as is practicable.

      **DATED June 21, 2006.**

      BY THE COURT:

      s/ F.A. Gossett
      **United States Magistrate Judge**