IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>PATRICIA ANTOINETTE ANDERSON, )<br>  )<br>  Defendant. ) | 8:06CR113<br><br>ORDER<br>CONTINUING TRIAL |

This matter is before the court on the defendant's Motion to Continue Trial [17] to allow the defendant to participate in the pretrial diversion program. For good cause shown,

**IT IS ORDERED** that the motion to continue trial [17] is granted, as follows:

1. Trial of this matter is continued from **September 19, 2006 to December 12, 2006** before Judge Laurie Smith Camp and a jury.

2. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 19, 2006 and December 12, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel requires additional time to adequately prepare the case, taking into consideration due diligence of defense counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

3. Counsel for the United States shall confer with defense counsel and, no later than **December 5, 2006**, advise the court of the anticipated length of trial.

**DATED September 11, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**