IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR113 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER OF DISMISSAL |
| PATRICIA ANTIONETTE ANDERSON, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 19). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment against the Defendant, Patricia Antionette Anderson.

IT IS ORDERED that the government's motion to dismiss (Filing No. 19) is granted.

DATED this 27th day of September, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge